Michael ALBANESE, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 134, 2017

Supreme Court of Delaware.

Submitted: April 4, 2017
Decided: April 20, 2017

Court Below—Court of Common Pleas of the State of Delaware, Cr. ID 1506020125

DISMISSED.

In re: Asebestos Litigation Donna F. WALLS, individually and as the Executrix of the Estate of John W. Walls, Jr., deceased, and Collin Walls, as surviving child, Plaintiffs Below, Appellants,

v.

FORD MOTOR COMPANY,
Defendants Below,
Appellees.

No. 389, 2016

Supreme Court of Delaware.

Submitted: April 5, 2017
Decided: April 21, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. 14C–01–057

AFFIRMED.

Weih Steve CHANG, Plaintiff
Below, Appellant,

v.

CHILDREN'S ADVOCACY CENTER OF DELAWARE, INC., et al., Defendants Below, Appellees.

No. 13, 2017

Supreme Court of Delaware.

Submitted: April 24, 2017
Decided: April 25, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. K16C–07–020

DISMISSED.

Duane ROLLINS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 141, 2017

Supreme Court of Delaware.

Submitted: April 21, 2017
Decided: April 25, 2017

Court Below—Superior Court of the State of Delaware

DISMISSED.